UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF GEORGIA

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
AUG 14 2017
JAMES N. HATTEN, Clerk
By: Deputy Clerk

1:17-cv-3055

**New Case: Sarita Thomas**

**Vs.**

**Ventron Management** / PARK [at East] PONCE

**Over 15,000 was discharged on Chapter 7 for Ventron Management owners of Park at East Ponce. I The tenant paid 11,000 from employment income towards the lease that ends on 8/29/2017. They were discharged excess funds. There are dangerous maintenance issues such as; no smoke alarm device is in the apartment, no inner safety lock which appears to be broken, plumbing issues, the master bedroom is unsafe because the panel, on the door is cracked door doesn't securely lock or shut, light issues, towel rack fallen apart normal wear and tear, bath tub knob for hot water isn't affixed to use hot water in the tub, the hallway vent is filled with dirt and debri, bathroom vent to evacuate polluted air does not work. I requested maintenance orders numerous times within the last 6 months with no reply or attempt to fix anything. Park at East Ponce invited me to renew my lease on 8/31/2017.**

**Please see attached , discharge papers, lease, same pictures. Renewal Invitation, Notarized Statement from tenant paying 11000 towards lease before receiving Chapter 7 Discharge.**

**Thank You**

**Sarita C Thomas**

**7004 Tree Mountain Pkwy**

**678-984-2753**

8/14/17

17 pages Total

Dexter Mitchell

DEXTER MITCHELL
NOTARY PUBLIC
My Comm. Expires Jul 27, 2021
CLAYTON COUNTY
STATE OF GEORGIA

















Case 1:17-cv-03055-ELR   Document 4   Filed 09/01/17   Page 10 of 17







aset403@email.phoenix.edu - Internet Explorer

https://outlook.office365.com/owa/?ItemID=AAMkADlxNmI2ZDg2LTFmYzctNDEyMi05ZTZmLTljOTU1NzI1NTA4NwBGAAAAAAAsnJQ6s2AnSb7%2f46dsMgutBwCQuHRk70zOQ4StSxYr3HO5AAAAAAEMAACQuHRk70zOQ4StSxYr3HO5AAJNGOnoAAA%3d&r

File Edit View Favorites Tools Help

Case 16-71070-mgd Doc 18 Filed 03/29/17 Entered 03/29/17 15:47:47 Desc Discharge Ch 7 Page 1 of 2

Debtor 1 Sarita Carstella Howard — First Name Middle Name Last Name

Social Security number or ITIN xxx-xx-2878

EIN __-_______

Debtor 2 (Spouse, if filing) — First Name Middle Name Last Name

Social Security number or ITIN ____

EIN __-_______

United States Bankruptcy Court Northern District of Georgia

Case number: 16-71070-mgd

## Order of Discharge

12/15

IT IS ORDERED: A discharge under 11 U.S.C. § 727 is granted to:

Sarita Carstella Howard
aka Sarita Banks-El, aka Sarita Thomas

3/29/17

By the court:

*Mary Grace Diehl*

Mary Grace Diehl
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Debtor 1 **Sarita Carstella Howard** Case number (if know) **16-71070**

**4.7 4** **Ventron Management LLC** — Last 4 digits of account number ______ **$15,000.0(**

Nonpriority Creditor's Name
**2500 N Military Trl Suite 285**
**Boca Raton, FL 33431**
Number Street City State Zip Code

When was the debt incurred? ______

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Collections**

---

**4.7 5** **Victorias Secret** — Last 4 digits of account number ______ **$100.00**

Nonpriority Creditor's Name
**P.O. Box 182789**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred? ______

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Account**

---

**4.7 6** **Wells Fargo** — Last 4 digits of account number ______ **$350.(**

Nonpriority Creditor's Name
**P.O. Box 6412**
**Carol Stream, IL 60197**
Number Street City State Zip Code

When was the debt incurred? ______

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Old Account**

---

Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best (



FORM VALID FOR GEORGIA APARTMENT ASSOCIATION MEMBERS ONLY

This Apartment Rental Contract is a lease between the Owner of the Apartment Community and the Residents who are leasing the apartment.

The General Provisions of the lease which follow the signatures at the bottom of this page and any separate addenda signed by the parties are incorporated into and become part of this lease. Paragraph numbers on this page correspond to paragraph numbers in the General Provisions.

Lease Date: September 29, 2016
Management: Park at East Ponce, LP
☐ Owner ☒ Management Co. as Agent for Owner
Apartment Community Name: Park at East Ponce, LP
Apartment No.: 7004
Apartment Address: 1900 Tree Mountain Parkway, Stone Mountain, GA 30083
Residents/Tenants: Sarita Thomas

Other Occupants of Apartment: Mildred Green  Sahara Estes

Par. 1. Lease Term: 11 Months and ______ Days
Beginning Date: 09/30/2016  Ending Date: 08/29/2017

Par. 3. Rent Due Monthly $ 900.00
Pro Rated Rent Due at Lease Signing $ 30.00
Dates of Prorated Rent 09/30/2016 to 09/30/2016
Month to Month Fee $ 100.00
Rent is Payable to Park at East Ponce (Name on Check or Money Order)

Par. 4. Late Fees and Insufficient Funds Fees
Date on Which Rent Is Late 3
Amount of Late Fee $ 100.00 or ______ % of Rent
Per Day Late Fee $ ______ per day after ______ day of the month
Returned or Insufficient Check Fee ☒ Service Fee of $ 100.00 or ☐ 5% of Amount of Check plus ☐ Bank Service Fee of $ ______ [Amount charged by Bank to Management for Charge Back]

Par. 5. Re-Key Lock Charge $ 50.00
Non-refundable Lease Fee $ 100.00
Security Deposit $ 200.00
Bank Name PNC (Where Security Deposit Kept)

Par. 6. How Much Notice Required To Non-Renew Lease Prior To End of Initial Lease Term 60 Days
Renewal Period ☐ Month to Month (1 month at a time) Renewal ☒ Bi-Monthly (2 months at a time) Renewal
Notice Required to End Renewal Period ☐ 30 days to end Month to Month Renewal ☐ 60 days to end Bi-Monthly Renewal

Par. 7. Early Termination Option: Amount of Notice Required for Electing Early Termination 60 Days Written Notice

Par. 9. Disclosure Notice of Owner or Managing Agent and Equal Housing Opportunity Policy
Name of Managing Agent for Owner ______
Address of Agent Authorized to Manage Apartment Community ______
Name of Owner or Registered Agent Authorized to Receive Notices and Lawsuits ______
Address of Owner or Registered Agent Authorized to Receive Notices and Lawsuits ______
Corporate Name of GREC Licensee ______
GREC Corporate License No. ______

Par. 17. Flood Disclosure ☐ Not Applicable ☐ Apartment has been flooded previously

Par. 34. Special Stipulations: ______

Signatures of Parties:
Management [signature]

Name of Management

By: [signature]
Signature of Management Representative Name

As: [signature] (Job Title)

Residents [signature] (Resident Signature)
Printed Name of Resident: Sarita Thomas

______ (Resident Signature)
Printed Name of Resident: ______

______ (Resident Signature)
Printed Name of Resident: ______

______ (Resident Signature)
Printed Name of Resident: ______

Copyright © 10/2015 - Atlanta Apartment Association, Inc. - Form # 1301
All Rights Reserved

GENERAL PROVISIONS FOLLOW

**August 1, 2017**

# *Park At East Ponce*

## ***Happy Anniversary!!!***

*It has been a pleasure having you as a resident of*

## ***Park at East Ponce***

*The management and maintenance team would like to personally invite you to stay with us another lease term.*

*Your current lease agreement will expire THIS MONTH, And because you are a Valued Resident we are extending you a special opportunity to renew your lease agreement.*

*If you renew your lease on or before the end of the month we offer you a (Free Carpet Clean)*

***It is our hope that you choose to renew with us for another term, however if you decide otherwise please remember to give a proper 60 day written notice in fulfillment of your current lease agreement on or before the first day of the calendar month. You do have the option to remain on a month to month basis however that will increase by substantial amount and we really would like for you to consider renewing just to save you some money.***

***Please contact our office staff with a date and time that you would like to come in and renew your lease so that we can have it ready for you before you get here.***

****Offer expires 08/31/2017****
***Office: (770) 498.8388***
***Fax: (770)573.6451***

*CC: Resident File*